```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KEVIN C. KHASIGIAN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CV-02814-LKK-GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING |
| ) | TIME FOR FILING A COMPLAINT FOR |
| v. ) | FORFEITURE AND/OR TO OBTAIN AN |
| ) | INDICTMENT ALLEGING FORFEITURE |
| 2004 FORD F-150 TRUCK, ) | |
| VIN: 1FTPX14544KC34836, ) | |
| LICENSE: 7K66493, ) | |
| ) | |
| Defendant. ) | |

It is hereby stipulated by and between the United States of America and claimant Jorge Luis Gastelum-Uriarte ("claimant"), by and through their respective counsel, as follows:

1. On or about July 27, 2011, claimant Jorge Luis Gastelum-Uriarte filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the 2004 Ford F-150 Truck, VIN: 1FTPX14544KC34836 (hereafter the "defendant property"), which was seized on May 4, 2011.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant property under 18 U.S.C. §

1  983(a)(2)(A)-(E), and no person other than the claimant has filed a
2  claim to the defendant property as required by law in the
3  administrative forfeiture proceeding.
4       3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
5  required to file a complaint for forfeiture against the defendant
6  property and/or to obtain an indictment alleging that the defendant
7  property is subject to forfeiture within ninety days after a claim
8  has been filed in the administrative forfeiture proceedings, unless
9  the court extends the deadline for good cause shown or by agreement
10 of the parties.  That deadline is currently October 25, 2011.
11      4.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
12 by agreement to extend to January 23, 2012, the time in which the
13 United States is required to file a civil complaint for forfeiture
14 against the defendant property and/or to obtain an indictment
15 alleging that the defendant property is subject to forfeiture.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture shall be extended to January 23, 2012.

```
                                   BENJAMIN B. WAGNER
                                   United States Attorney

DATE: 10/24/11                     /s/ Kevin C. Khasigian
                                   KEVIN C. KHASIGIAN
                                   Assistant U.S. Attorney


DATE: 10/24/11                     /s/ Donald Masuda
                                   DONALD MASUDA
                                   Attorney for Claimant Jorge Luis
                                   Gastelum-Uriarte
                                   (Authorized by phone)
```

**IT IS SO ORDERED.**

DATED: November 22, 2011.

```
                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```