BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CV-02814-LKK-GGH |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| 2004 FORD F-150 TRUCK, VIN: 1FTPX14544KC34836, LICENSE: 7K66493, | |
| Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Jorge Luis Gastelum-Uriarte ("claimant"), by and through their respective counsel, as follows:

1. On or about July 27, 2011, claimant Jorge Luis Gastelum-Uriarte filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the 2004 Ford F-150 Truck, VIN: 1FTPX14544KC34836 (hereafter the "defendant property"), which was seized on May 4, 2011.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant property under 18 U.S.C. §

1                                             Stipulation and Order to Extend Time

1  983(a)(2)(A)-(E), and no person other than the claimant has filed a
2  claim to the defendant property as required by law in the
3  administrative forfeiture proceeding.
4      3.  Under 18 U.S.C. § 983(a)(3)(A), the United States is
5  required to file a complaint for forfeiture against the defendant
6  property and/or to obtain an indictment alleging that the defendant
7  property is subject to forfeiture within ninety days after a claim
8  has been filed in the administrative forfeiture proceedings, unless
9  the court extends the deadline for good cause shown or by agreement
10 of the parties.  That deadline was originally October 25, 2011.[1]
11     4.  By Stipulation and Order filed January 23, 2012, the
12 parties stipulated to extend to May 23, 2012, the time in which
13 the United States is required to file a civil complaint for
14 forfeiture against the defendant property and/or to obtain an
15 indictment alleging that the defendant property is subject to
16 forfeiture.
17     5.  As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
18 by agreement for a brief extension to May 23, 2012, the time in
19 which the United States is required to file a civil complaint for
20 forfeiture against the defendant property and/or to obtain an
21 indictment alleging that the defendant property is subject to
22 forfeiture.
23     6.  Accordingly, the parties agree that the deadline by which
24 the United States shall be required to file a complaint for
25 forfeiture against the defendant property and/or to obtain an
26 indictment alleging that the defendant property is subject to
27 ─────────────
28     [1] On October 24, 2011, the parties stipulated to extend the October 25, 2011 deadline to January 23, 2012.

forfeiture shall be extended to May 23, 2012.

```
                                BENJAMIN B. WAGNER
                                United States Attorney


DATE: 3/23/12                   /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney


DATE: 3/21/12                   /s/ Rochelle Forbis
                                ROCHELLE FORBIS
                                Attorney for Claimant Jorge Luis
                                Gastelum-Uriarte
                                (Original signature retained by
                                attorney)
```

**IT IS SO ORDERED.**

DATED: March 23, 2012.

```
                                _____
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```