1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CV-02814-LKK-GGH |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| v. ) | |
| 2004 FORD F-150 TRUCK, ) VIN: 1FTPX14544KC34836, ) LICENSE: 7K66493, ) | |
| Defendant. ) | |

It is hereby stipulated by and between the United States of America and claimant Jorge Luis Gastelum-Uriarte ("claimant"), by and through their respective counsel, as follows:

1. On or about July 27, 2011, claimant Jorge Luis Gastelum-Uriarte filed a claim, in the administrative forfeiture proceedings, with the Federal Bureau of Investigation with respect to the 2004 Ford F-150 Truck, VIN: 1FTPX14544KC34836 (hereafter the "defendant property"), which was seized on May 4, 2011.

2. The Federal Bureau of Investigation has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant property under 18 U.S.C. §

983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant property as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was originally October 25, 2011.

4. By Stipulation and Order filed November 23, 2011, the parties stipulated to extend to January 23, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture.

5. By Stipulation and Order filed January 24, 2012, the parties stipulated to extend to March 23, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture.

6. By Stipulation and Order filed March 26, 2012, the parties stipulated to extend to May 23, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture.

7. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 21, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant property and/or to obtain an indictment alleging that the defendant property is subject to forfeiture.

8. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant property

///

///

1 and/or to obtain an indictment alleging that the defendant property is subject to
2 forfeiture shall be extended to August 21, 2012.

BENJAMIN B. WAGNER
United States Attorney

DATE: 5/17/2012     By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney


DATE: 5.17.2012     /s/ Michael J. Wise
MICHAEL J. WISE
Attorney for Claimant
Jorge Luis Gastelum-Uriarte

(Signature retained by attorney)


**IT IS SO ORDERED.**

DATE: May 22, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT